# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | NO. 2:19-MJ-03414-DUTY |
| Plaintiff, | |
| v. | ORDER OF DETENTION AFTER HEARING |
| BERNARDO PONCE-ALEJO, | |
| Defendant. | [Fed.R.Crim.P. 32.1(a)(6); 18 U.S.C. 3143(a)] |

The defendant having been arrested in Central District of California pursuant to a warrant issued by the United States District Court for the Western District of Texas for alleged violation of the terms and conditions of the defendant's supervised release; and

The Court having conducted a detention hearing pursuant to Federal Rule of Criminal Procedure 32.1(a)(6) and 18 U.S.C. § 3143(a),

The Court finds that:

\\
\\
\\

1

A. (X) The defendant has not met the defendant's burden of establishing by clear and convincing evidence that the defendant is not likely to flee if released under 18 U.S.C. § 3142(b) or (c). This finding is based on: the defendant's failure to proffer sufficient evidence to meet the defendant's burden on this issue; and the prior revocation of the defendant's supervised release;

and

B. (X) The defendant has not met the defendant's burden of establishing by clear and convincing evidence that the defendant is not likely to pose a danger to the safety of any other person or the community if released under 18 U.S.C. § 3142(b) or (c). This finding is based on the defendant's: failure to proffer sufficient evidence to meet the defendant's burden on this issue; and criminal and DUI history.

IT THEREFORE IS ORDERED that the defendant be detained pending the further revocation proceedings.

DATED: August 20, 2019

KAREN L. STEVENSON
UNITED STATES MAGISTRATE JUDGE